ORDERED.

Dated: May 26, 2023

Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:  Case No. 3:23−bk−00245−BAJ
Chapter 13

Sarah Lynn Tunnell

_____Debtor*_____/

## ORDER CONVERTING CASE FROM CHAPTER 7 TO CHAPTER 13

THIS CASE came on for consideration without a hearing on the Motion to Convert Case to Chapter 13 (the Motion) (Document No. Enter doc. no.) ) under Section 706 of the Bankruptcy Code. The Court finds that Debtor is eligible for relief under Chapter 13 of the Bankruptcy Code. Accordingly, it is

***ORDERED:***

1. The Motion is granted. This case is converted to a case under Chapter 13 of the Bankruptcy Code.

2. All hearings pending in the Chapter 7 case are cancelled. Any pending Trustee's objection to Debtor's claim of exemptions, U.S. Trustee's motion to dismiss case, or U.S. Trustee's motion objecting to discharge are abated until further notice from the Court. If the case is reconverted to a Chapter 7, the Court will schedule a hearing on these abated motions without further action by the movant.

3. Pursuant to Local Rule 4001−1(c)(5), any motion for relief from stay pending as of the date of this order is abated until the movant files an amended motion for relief from stay in the converted case and serves it on the appropriate parties.

4. The Trustee or any party in interest may, within 14 days from the date of this order, file a motion for reconsideration. The 14 day reconsideration period does not extend the time for the debtor to file the bankruptcy schedules and other papers required by 11 U.S.C. § 521.

James Le Mieux is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a Proof of Service within 3 days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

## *NOTICE REGARDING CONVERSION TO CHAPTER 13*

1. The U.S. Trustee has scheduled an additional meeting of creditors pursuant to 11 U.S.C. § 341, for July 10, 2023 at 09:10 AM. The meeting will be held telephonically. Trustee: Douglas W Neway. Call in number: 866–810–9710. Passcode: 5001620. Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. The § 341 meeting may be adjourned from time to time without further written notice.

2. The U.S. Trustee has appointed the standing Chapter 13 Trustee:

Douglas W Neway
Post Office Box 4308
Jacksonville, FL 32201

3. Confirmation hearing has been initially scheduled for August 22, 2023 at 09:30 AM in Courtroom 4A, 4th Floor, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, FL 32202. The Confirmation Hearing may be continued upon announcement made in open court and reflected on the docket without further written notice.

All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by telephone available at www.flmb.uscourts.gov/judges/burgess/. Parties permitted to appear by telephone must arrange a telephonic appearance through Court Call (866–582–6878) by 5:00 p.m. the business day preceding the hearing.

4. September 8, 2023 is the last day for filing a complaint seeking an exception to discharge under 11 U.S.C. § 523(a)(2) or (a)(4). If no such complaint is timely filed, the discharge will be granted and will encompass debts that might not be subject to discharge.

5. The deadline to file a proof of claim is August 4, 2023. Creditors who filed a proof of claim prior to the conversion of the case do not need to file a new proof of claim.

6. Within 14 days from the date of the Order Converting Case, Debtor shall file and serve the plan and file any unfiled Schedules or Statements required by Fed. R. Bankr. P. 1007 or the case may be reconverted.

7. Within 14 days from the date of the Order Converting Case, Debtor shall pay unpaid filing fees (including any filing fees that were waived in the Chapter 7 case) in the amount of $338.00. Failure to pay unpaid fees may result in dismissal of the case or reconversion to Chapter 7. Payment shall be made by cashier's check or money order payable to

Clerk, U.S. Bankruptcy Court
300 North Hogan Street Suite 3–150
Jacksonville, FL 32202

8. Avoid delays. A photo ID is required for entry into the Courthouse. Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or pro hac vice order.