ORDERED.

**Dated: May 26, 2023**

Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 3:23−bk−00245−BAJ<br>Chapter 13 |

Sarah Lynn Tunnell

_____Debtor*_____/

### *ORDER WITHHOLDING ENTRY OF DISCHARGE*

THIS CASE came on for consideration upon the Court's own motion to consider the entry of an appropriate order. The record reflects that the Debtor received a discharge on May 9, 2023 in this case under chapter 7 . 11 U.S.C. § 1328(f)(1) prohibits the entry of a discharge in a Chapter 13 case filed within four years of the date of filing of a prior Chapter 7, 11 or 12 case in which the debtor received a discharge.

Accordingly, it is

**ORDERED:**

1. The entry of a discharge in this Chapter 13 case is withheld .

2. The Debtor may request reconsideration of this Order within 21 days from the date of this order.

3. This order shall not be construed as an order either denying or granting a discharge.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.