UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

www.flmb.uscourts.gov

| | |
|---|---|
| In re:  Sarah Lynn Tunnell, )<br>  )<br>  )<br>Debtor. ) | Case No. 3:23-bk-0245<br>Chapter 13 |

**MOTION TO DETERMINE SECURED**
**STATUS OF CLAIM HELD BY CREDIT ACCEPTANCE CORPORATION**

**NOTICE OF OPPORTUNITY TO**

**OBJECT AND REQUEST HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within <u>30</u> days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail. If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 300 North Hogan Street, Suite 3-150, Jacksonville, FL 32202, and serve a copy on the movant's attorney, James Richard Le Mieux, at Three Rivers Legal Services, Inc., 3225 University Blvd. S., Ste. 220, Jacksonville, FL 32216, and any other appropriate persons within the time allowed.

If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated.**

Debtor, Sarah Lynn Tunnell, requests the entry of an order under 11 U.S.C. § 506(a) and Federal Rule of Bankruptcy Procedure 3012 which determines the secured status of claim of Credit Acceptance Corporation ("Creditor") and state as follows:

1. The Debtors filed a Chapter 13 bankruptcy petition on May 26, 2023, pursuant to the Order Converting Case to Chapter 13 (Related Doc. No. 17).

2. Debtors listed the following personal property in Debtors' bankruptcy schedules: 2010 GMC Tahoe, with VIN 1GNMCBE32AR159498 (the "Property").

3. The Property is encumbered by the following senior lien: Title Lien securing payoff amount of $8,656.74 to the title for the Property, with loan account number 9815****(See related Claim No. 1).

4. The fair market value for the collateral is $4,675.00.

5. Debtor purchased the Property for consumer and household use more than 910 days prior to filing of this bankruptcy.

6. The senior lien payable to Credit Acceptance Corporation and totaling $8,656.74 encumbers the Property.

7. Creditor holds a partially secured claim of $4,675.00 and an unsecured claim of $3,981.74

**WHEREFORE**, the Debtors respectfully request the entry of an order: (i) granting this motion; (ii) determining that the value of the property is $4,675.00; (iii) determining that the Creditor's secured claim is $4,675.00; (iv) determining that Creditor's unsecured claim is $3,981.74; and (v) any other relief as the Court deems appropriate.

| Dated: June 8, 2023 | Signed: /S/ James Richard Le Mieux |
|---|---|
| | James Richard Le Mieux |
| | Florida Bar No.: 909181 |
| | Three Rivers Legal Services, Inc. |
| | Attorneys for Debtor |
| | 3225 University Blvd. South, Suite 220 |
| | Jacksonville, Florida 32216 |
| | Tel. No.:(904) 423-8968 |
| | Fax No.:(904) 855-4117 |
| | Designated email: eservice@trls.org |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing "Motion to Determine Secured Status of Claim Held by Credit Acceptance Corporation" has been furnished to all creditors and parties in interest by U.S. Mail, first class postage prepaid by placing a true and correct copy thereof in a sealed envelope in the United States Mail, to Alicia S. Ford, Bankruptcy Coordinator, Credit Acceptance Corporation, 25505 W 12 Mile Road, Suite 3000, Southfield, MI 48034; Credit Acceptance Corporation, 25505 W 12 Mile Road, Suite 3000, Southfield, MI 48034; and Credit Acceptance Corporation, c/o Corporation Service Company as Registered Agent, 1201 Hays Street, Tallahassee, FL 32301, and to the entities listed on the attached mailing matrix via US Mail and/or electronic filing to those entities having agreed to electronic delivery, this 8th day of June, 2023.

| Dated: June 8, 2023 | Signed: /S/ James Richard Le Mieux |
|---|---|
| | James Richard Le Mieux |
| | Florida Bar No.: 909181 |
| | Three Rivers Legal Services, Inc. |
| | Attorneys for Debtor |
| | 3225 University Blvd. South, Suite 220 |
| | Jacksonville, Florida 32216 |
| | Tel. No.:(904) 423-8968 |
| | Fax No.:(904) 855-4117 |
| | Designated email: eservice@trls.org |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:23-bk-00245-BAJ<br>Middle District of Florida<br>Jacksonville<br>Thu Jun  8 13:58:24 EDT 2023 | Sarah Lynn Tunnell<br>127 Colonial St SE<br>Live Oak, FL 32064-4107 | Clay Electric Cooperative, Inc.<br>734 Blanding Blvd<br>Orange Park, FL 32065-5798 |
| Clay Electric Cooperative, Inc. -<br>PO Box 308<br>Keystone Heights FL 32656-0308 | Comcast<br>PO Box 530098<br>Atlanta, GA  30353-0098 | Credit Acceptance -<br>25505 W Twelve Mile Rd<br>Suite 3000<br>Southfield MI 48034-8331 |
| Credit Acceptance Corp<br>PO Box 5070<br>Southfield, MI 48086-5070 | Envision Physician Services<br>PO Box 37789<br>Philadelphia, PA  19101-5089 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Jax Federal Credit Union<br>562 Park St<br>Jacksonville, FL 32204-2962 | ONLINE INFORMATION SERVICES<br>PO Box 1489<br>Winterville, NC  28590-1489 | Suwannee County Tax Collector<br>215 Pine Avenue, Ste A<br>Live Oak FL 32064-2349 |
| United States Trustee - JAX 13/7 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Douglas W Neway +<br>Post Office Box 4308<br>Jacksonville, FL 32201-4308 | James Richard Le Mieux +<br>Three Rivers Legal Services, Inc.<br>3225 University Boulevard, South<br>Suite 220<br>Jacksonville, FL 32216-2762 |
| Jason A. Burgess +<br>Jacksonville<br>300 North Hogan Street<br>Room 4-213<br>Jacksonville, FL 32202-4204 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF<br>------------------------------------------<br>Note: Entries with a '-' at the end of the<br>name have filed a claim in this case | End of Label Matrix<br>Mailable recipients    15<br>Bypassed recipients     1<br>Total                  16 |